IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| MICHELE D. SHERROW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-04205-CV-C-DPR-SSA |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Application for Attorney Fees. (Doc. 31.) Plaintiff requests an award of attorney fees in the amount of $5,141.29 pursuant to the Equal Access to Justice Act, along with court costs in the amount of $400.00. Defendant has no objection to Plaintiff's request. (Doc. 32.) Upon review, the Court finds that Plaintiff is entitled to an award of attorney fees under the EAJA, and the requested amount is reasonable. Also, per Plaintiff's Assignment (doc. 31-3), the award may be made payable to Frank T. Koch.

It is therefore **ORDERED** that

1. The Application for Attorney Fees is **GRANTED**;

2. An award of attorney fees in the amount of $5,141.29 shall be paid by the Social Security Administration, subject to offset to satisfy any pre-existing debt Plaintiff may owe to the United States; and

3. Reimbursement in the amount of $400.00 for the filing fee of this action shall be paid from the Judgment Fund administered by the United States Treasury.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: May 11, 2022